

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-20-00236-CR**

**IN RE MICHAEL ANTHONY MOORE**

_____

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

In this original proceeding Michael Moore seeks mandamus relief against the

district clerk.  Moore states that he paid for a copy of the record in his case, but the clerk

refuses to provide the record.  A court of appeals has no jurisdiction to issue a writ of

mandamus against a district clerk except to protect or enforce its jurisdiction.  *See* TEX.

GOV'T CODE ANN. § 22.221 (West 2004); *In re Bernard*, 993 S.W.2d 453, 454 (Tex. App. —

Houston [1st Dist.] 1999, orig. proceeding).  Moore has not shown that a writ of

mandamus directed to the district clerk is necessary to enforce our jurisdiction.[1] We

dismiss Mack's Petition for Writ of Mandamus against the clerk for want of jurisdiction.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
          Justice Davis, and
          Justice Neill
Dismissed
Opinion delivered and filed September 9, 2020
[OT06]



---

[1] The rather complicated process to compel the district clerk to perform a ministerial act is discussed in *In re Bernard*, 993 S.W.2d 453, 454 (Tex. App. — Houston [1st Dist.] 1999, orig. proceeding)(O'Connor Concurring).